HALL

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No.: 17-20036-SHL |
| v. | ) | |
| | ) | 18 U.S.C. § 844(e) |
| JERMAINE DICKERSON, | ) | 18 U.S.C. § 875(c) |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 6, 2016, in the Western District of Tennessee and elsewhere, the defendant,

### JERMAINE DICKERSON

through the use of a telephone, maliciously conveyed, by means of a phone call to the Tipton County Jail, false information, knowing the same to be false, concerning an attempt, and alleged attempt being made, and to be made, to unlawfully damage and destroy a building and other real and personal property, specifically the Tipton County Jail at 1801 South College Street, Covington, Tennessee 38019, by means of an explosive in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(e).

## COUNT 2

On or about March 6, 2016, in the Western District of Tennessee and elsewhere, the defendant,

**JERMAINE DICKERSON**

through the use of a telephone, willfully, by means of a phone call, made a threat to unlawfully damage and destroy a building and other real and personal property, specifically the Tipton County Jail at 1801 South College Street, Covington, Tennessee 38019, by means of an explosive in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(e).

## COUNT 3

On or about March 6, 2016, in the Western District of Tennessee and elsewhere, the defendant,

**JERMAINE DICKERSON**

did knowingly transmit in interstate commerce from the State of Iowa to the State of Tennessee, a communication, to wit: a telephone call to an employee of the Tipton County Sheriff's Office in Covington, Tennessee, and the communication contained a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
**FOREPERSON**

**DATED:** _____

_____
**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**